# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# *(ELECTRONICALLY FILED)*

| | |
|---|---|
| Lanny E. Hays,  Plaintiff, | ) ) ) ) |
| v. | ) ) CASE NO. 5:17-cv-00096-GNS |
| Equifax Information Services, LLC, et. al. | ) ) Judge Greg N. Stivers |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Defendant Experian Information Solutions, Inc. ("Experian") advises the Court that it has agreed in principle to settle with Plaintiff. Plaintiff and Experian anticipate filing a stipulation of dismissal with prejudice once the settlement agreement is finalized.

Respectfully submitted this 27th day of February, 2018.

*/s/ Stephen J. Miller*
Stephen J. Miller  (admitted *pro hac vice*)
sjmiller@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114.1190
Telephone:  +1.216.586.7250
Facsimile:  +1.216.579.0212

- 2 -

*Counsel for Defendant, Experian Information Solutions, Inc.*


/s/ David W. Hemminger (have seen and agreed)
David W. Hemminger
hemmingerlawoffice@gmail.com
Hemminger Law Office, PSC
Counsel for Plaintiff
616 S. Fifth Street
Louisville, KY 40202
Telephone: 502-443-1060
Fax: 502-589-3004
*Counsel for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2018, a copy of the foregoing was filed electronically and was served upon counsel of record via notification through the Court's electronic filing system.

                                         /s/ *Stephen J. Miller*
                                         *Attorney for Defendant*
                                         *Experian Information Solutions, Inc.*